# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 280 MAL 2015
:
                Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
           v.          :
:
:
:
KENNETH B. DAVENPORT,    :
:
                Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.